JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEONORA SHAMIRYAN,<br>Petitioner,<br>v.<br>PAMELA BONDI, *et al.*,<br>Respondents. | Case No. 5:26-CV-04361-JGB-DMK<br><br>JUDGMENT |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

DATED: November 19, 2026

Honorable Jesus G. Bernal
United States District Judge